FILED
May 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002661376

3
DON J. POOL 166468
THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 228-8034
Facsimile: (559) 228-6818
DonP@PowellandPool.com

Attorneys for EDUCATIONAL EMPLOYEES CREDIT UNION

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

\* \* \* \*

| | |
|---|---|
| In re<br><br>BROOK ARIAS and DAVID ARIAS,<br><br>                          Debtors. | Case No. 10-14524-A-7<br><br>Chapter 7<br><br><br>DC No. DJP-1 |
| EDUCATIONAL EMPLOYEES<br>CREDIT UNION,<br><br>                          Movant,<br>    vs.<br><br>BROOK ARIAS, Debtor; DAVID ARIAS, Debtor; BETH MAXWELL STRATTON, Chapter 7 Trustee,<br><br>                         Respondents. | Date: June 22, 2010<br>Time: 1:30 P.M.<br>Dept: A<br>CtRm: 11<br>       U.S. Courthouse<br>       2500 Tulare Street, 5th Floor<br>       Fresno, California |

<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF FRBP 4001(a)(3)</u>

/////

/////

/////

-1-

Motion for Relief from the Automatic Stay, etc.

THE LAW FIRM OF POWELL & POOL
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

EDUCATIONAL EMPLOYEES CREDIT UNION ("Movant") by and through its attorney, Don J. Pool, hereby moves for an Order Granting Relief from Stay and for Waiver of FRBP 4001(a)(3) as to BROOKE and DAVID ARIAS ("Debtors") and BETH MAXWELL STRATTON, the Chapter 7 Trustee ("Trustee), to permit Movant to exercise its lien enforcement rights on and to that certain personal property described as a 2001 Ford Truck F250 Super Duty Crew Cab Short Bed, bearing the vehicle identification number 1FTNX21S41EA06630 ("the Property"), based on the following:

1. Debtors filed a Voluntary Petition under Chapter 7 on April 27, 2010.

2. Pursuant to 11 U.S.C. § 362(d)(1), relief from stay is warranted in that "cause" exists for relief in that Debtors have failed to surrender the Property as stated in their Statement of Intentions. J.Akins dec., at ¶ 14. In addition, the Property is depreciating and Debtors have failed to make post-petition payments and/or return the Property.

3. Relief is also warranted under 11 U.S.C § 362(d)(2), in that there is no equity in the Property and it is not necessary for an effective reorganization.

4. As of May 10, 2010, the outstanding balance on the Property was approximately $17,221.82. Id. at ¶ 13.

5. The Kelley Blue Book wholesale value for the Property is approximately $6,325.00. Id. at exh. C.

6. Debtors valued the Property on Schedule D of their petition at $4,950.00. Debtors scheduled Movant's secured claim as $16,846.00. Id. at ¶ 11.

7. There is no equity in the Property for the benefit of the Debtors or the Estate. Id. at ¶ 16.

8. Movant submits the Declaration of John Akins in support of its Motion.

////
////
////
////

Based on the foregoing, Movant requests that the Court grant Movant's Motion for Relief from the Automatic Stay to pursue its rights to the Property under state law, and that the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

Dated: May 26, 2010        THE LAW FIRM OF POWELL & POOL

_____/ s /_____Don J. Pool_____
DON J. POOL, Attorneys for
EDUCATIONAL EMPLOYEES CREDIT UNION

Motion for Relief from the Automatic Stay, etc.